**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GENAINE LEGETTE,

    Plaintiff,

v.

                                          Case No. 3:23-cv-829-TJC-JBT

SUNCOAST CREDIT UNION,
LOCATION SERVICES, LLC, and
SPECIALIZED TOWING AND
RECOVERY, INC.,

    Defendants.

## O R D E R

Upon review of the Stipulation of Dismissal (Doc. 20), filed on January 29, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of February, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record